<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000866
26-JUN-2026
08:15 AM
Dkt. 10 ODSD**</span>

NO. CAAP-25-0000866

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CLAUDIA E. MENDEZ, Petitioner-Appellee,
v.
JONATHAN A. SAGE, Respondent-Appellant.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-25-0001129)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before February 20, 2026, and March 23, 2026, respectively;

(2) Self-represented Respondent-Appellant Jonathan A. Sage (**Sage**) failed to file either document or request an extension of time;

(3) On April 30, 2026, the appellate clerk entered a default notice informing Sage that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 11, 2026,

for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Sage could request relief from default by motion; and

(4) Sage has not taken any further action in this appeal since filing the notice of appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 26, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge